FILED

17 JUL 31 AM 8:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: AJS  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROGER PAUL WARNER, Defendant. | Case No. 95CR1304-CAB<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: 7/24/17.

HONORABLE CATHY ANN BENCIVENGO
United States District Court Judge